UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JASON JARREL SPIKES** | **CIVIL ACTION** |
| **VERSUS** | **NO. 17-17642** |
| **JOSH McMORRIS, ET AL.** | **SECTION: "H"(3)** |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and Petitioner's untimely objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's federal civil rights claims are **DISMISSED WITH PREJUDICE** as frivolous, for failing to state a claim on which relief may be granted, and/or for seeking monetary relief against a defendant immune from such relief.

New Orleans, Louisiana, this 23rd day of April, 2018.

_____
UNITED STATES DISTRICT JUDGE